**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OPI (12/1/15) dtl

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Matthew Eddie Carson**
Debtor(s)

Case No. **15–35618–pcm13**

ORDER TO PAY FILING FEES
IN INSTALLMENTS

There is a balance due for filing fees and, after due consideration and any necessary modifications having been made by the Court to the proposed payment terms set forth in the debtor(s)' application (if applicable), now, therefore,

**IT IS ORDERED** that:

1. Payment(s) made by check or money order by debtor or debtor's attorney must be made payable to "Clerk, U.S. Bankruptcy Court," and include the **case number** and be mailed or delivered to the Clerk at 1001 SW 5th Ave #700, Portland, OR 97204. The Court only accepts cash, checks and money orders. **The court does not accept payment by credit card, debit card or over the phone.** However, payments may be made on the debtor's behalf by an attorney using the ECF system to pay electronically via credit card or ACH. If you make your payment in person, please bring the exact amount. The clerk's office cannot make change.

2. The Court must **receive** each payment below no later than the date indicated:

   **$125 by 1/19/16.**

3. The failure to timely pay any amount as required makes the entire unpaid balance immediately due and payable, and the case may be promptly dismissed for failure to comply.

4. All installments of the filing fee must be paid in full before the debtor or chapter 13 trustee may make further payments to an attorney or any other person who renders services to the debtor in connection with the case.

###
See reverse for additional information

**Notice to Customers Making Payment by Check**

When you provide a check as payment, you authorize us either to use information from your check to make a one–time electronic fund transfer from your account or to process the payment as a check transaction.

*Privacy Act* – A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available from www.fms.treas.gov/otcnet/index.html, or call toll free at 1–866–945–7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.

**Page 2 of 2**          **See reverse for additional information**