# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re   )
 **Matthew Eddie Carson**   )   Case No. **15−35618−pcm13**
   )
Debtor(s)   )   341(a) WORKSHEET
   )
   )   First Meeting Date: 12/29/15
   )
   )

Debtor's Address:    12250 SW Indian Hill Lane    Jt. Debtor's Address:
    Beaverton, OR 97008

Attorney: KYLE WAYNE SCHUMACHER    Trustee: Wayne Godare

FAILED To Complete §341(a) Mtg: ( )Debtor ( )JT Debtor(Wife) ( ) ATTY;    *AND* THEREFORE
the TRUSTEE STATES THAT (<u>CHECK</u> at least <u>ONE</u> AND <u>ALL</u> that apply);

( ) No further examination required of joint debtor who failed to complete meeting.

( ) Commencement of dismissal procedure is appropriate.

( ) Within 14 days trustee will submit form #750.3 (re: no dismissal).

( ) Debtor(s) did not produce proper I.D. at/before continued hrg – UST should file motion.

( ) 341 adjourned as further examination required by ( ) trustee ( ) creditor:_____.

( ) Notice was given to all that 341 mtg adjourned to _____(time), on _____(date),

at the location of _____ FOR THE REASON THAT:

_____

(NOTE: TRUSTEE ANNOUNCED NO WRITTEN NOTICE OF ADJOURNMENT WILL BE GIVEN, except to the debtor(s)
and debtor(s)' attorney, by the clerk, if neither were present.)

( ) Notice of adjourned 341 mtg. required BECAUSE _____,

could NOT be announced BECAUSE _____.

( ) Debtor's Change of Address:    ( ) Jt. Debtor's Change of Address:

## PERSONS ATTENDING MEETING

PRINT Your Name    PRINT Name of Person or Business You Represent

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____