```
                          United States Bankruptcy Court
                                District of Oregon
```

In re:                                                        Case No. 15-35618-pcm
Matthew Eddie Carson                                          Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0979-3          User: Admin.             Page 1 of 1            Date Rcvd: Dec 03, 2015
                              Form ID: pdf018          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2015.
db         +Matthew Eddie Carson,    12250 SW Indian Hill Lane,    Beaverton, OR 97008-7023
           +AutoZoners LLC,    Attn Payroll Dept,    POB 2198,    Memphis, TN 38101-2198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                       Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2015 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
**Matthew Eddie Carson** ) Case No. **15-35618-pcm13**
)
)
) ORDER DIRECTING SUPPORT PAYMENT
Debtor(s) ) AND/OR CHAPTER 13 PAYMENT TO TRUSTEE

The above-named debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code and proposed a plan to pay creditors over a period of time through a trustee appointed by the Court. The Court has jurisdiction over all earnings of the debtor(s) during the course of this case, except for deductions required by law.

THEREFORE IT IS ORDERED THAT THE EMPLOYER, whose name and mailing address are **AutoZoners LLC Attention Payroll Department, PO Box 2198, Memphis, TN. 38101**, SHALL (as to the debtor whose name is **Matthew Eddie Carson**; and whose social security number ends with the four digits **7955**) forward check(s) per the requirements in each box marked below:

☐ Pay $_____ **per month** for support to the Oregon Division of Child Support, PO Box 14506, Salem, OR 97309-0420.
☐ Pay $_____ **per month** for support to _____.
☒ To the extent funds are available after full payment of any support indicated above, pay $ **196**
_____
**per month (CLEARLY SHOWING THE ABOVE "Case No." ON THE CHECK)** to "Office of the Trustee", PO Box 420, Memphis TN 38101-0420, and deliver to the debtor a check for the balance of any net wages due for that period.

IT IS FURTHER ORDERED THAT if the debtor ceases to work for the employer, the employer must promptly notify the trustee. ###

If you have questions, call the debtor's attorney: **Kyle Schumacher, 503-535-0620**

**TO THE DEBTOR(S):**
If either the specified amount above or the amount paid by your employer to the trustee is different than the amount specified by the Plan, you continue to be obligated to pay the amount provided in the Plan regardless of the amount the employer pays for support and/or to the trustee.

**TO THE EMPLOYER:**
The plan filed by your employee obligates a portion of the debtor's future earnings toward payment of debts. The trustee may issue further directives to you either changing the amount to be paid to the trustee per this Order or fully terminating this Order to make payments to the trustee.

Clerk, U.S. Bankruptcy Court

1351P (12/1/12)