```
                          United States Bankruptcy Court
                               District of Oregon
```

In re:                                                              Case No. 15-35618-pcm
Matthew Eddie Carson                                                Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0979-3           User: Admin.              Page 1 of 1              Date Rcvd: Dec 04, 2015
                               Form ID: OPI              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2015.
    db          +Matthew Eddie Carson,   12250 SW Indian Hill Lane,   Beaverton, OR 97008-7023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2015                          Signature:  /s/Joseph Speetjens

_____

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2015 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OPI (12/1/15) dtl

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Matthew Eddie Carson**
Debtor(s)

Case No. **15–35618–pcm13**

ORDER TO PAY FILING FEES
IN INSTALLMENTS

There is a balance due for filing fees and, after due consideration and any necessary modifications having been made by the Court to the proposed payment terms set forth in the debtor(s)' application (if applicable), now, therefore,

**IT IS ORDERED** that:

1. Payment(s) made by check or money order by debtor or debtor's attorney must be made payable to "Clerk, U.S. Bankruptcy Court," and include the **case number** and be mailed or delivered to the Clerk at 1001 SW 5th Ave #700, Portland, OR 97204. The Court only accepts cash, checks and money orders. **The court does not accept payment by credit card, debit card or over the phone.** However, payments may be made on the debtor's behalf by an attorney using the ECF system to pay electronically via credit card or ACH. If you make your payment in person, please bring the exact amount. The clerk's office cannot make change.

2. The Court must **receive** each payment below no later than the date indicated:

    **$125 by 1/19/16.**

3. The failure to timely pay any amount as required makes the entire unpaid balance immediately due and payable, and the case may be promptly dismissed for failure to comply.

4. All installments of the filing fee must be paid in full before the debtor or chapter 13 trustee may make further payments to an attorney or any other person who renders services to the debtor in connection with the case.

###
Page 1 of 2    See reverse for additional information

**Notice to Customers Making Payment by Check**

When you provide a check as payment, you authorize us either to use information from your check to make a one−time electronic fund transfer from your account or to process the payment as a check transaction.

*Privacy Act* − A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available from www.fms.treas.gov/otcnet/index.html, or call toll free at 1−866−945−7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.