Certificate Number: 02998-OR-DE-026669740

Bankruptcy Case Number: 15-35618



02998-OR-DE-026669740

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 14, 2015, at 10:19 o'clock AM EST, Matthew Carson completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: December 14, 2015

By: /s/Paul Gillioz

Name: Paul Gillioz

Title: Counselor