UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re )
) Case No. 15-35618-PCM13
MATTHEW E CARSON )
) WITHDRAWAL OF TRUSTEE'S
) MOTION TO DISMISS FOR
) FAILURE TO PROVIDE REQUIRED
Debtor(s). ) TAX RETURNS WITH NOTICE
)

The Trustee hereby withdraws the TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE REQUIRED TAX RETURNS WITH NOTICE which was served on 11-01-17. The Trustee requests that any pending hearing be removed from the calendar.

/s/ Wayne Godare
Wayne Godare, Chapter 13 Trustee

I certify Trustee served a copy of this document on debtors by mail, at debtor's address as listed in the Court records, on November 27, 2017. I further certify that the debtor's attorney was served electronically via ECF on November 27, 2017.

/s/ Hung Ng
Office of Wayne Godare, Trustee