B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Oregon

In re <u>Matthew Carson</u>            ,        Case No. <u>15-35618</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Bill Me Later, Inc., as Servicer for Synchrony Bank</u>  <u>Comenity Capital Bank</u>
        Name of Transferee                       Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): <u>5</u>
should be sent:                                 Amount of Claim: <u>$286.59</u>
    SYNCHRONY BANK                           Date Claim Filed: <u>February 11, 2016</u>
    c/o Weinstein & Riley, P.S.
    2001 Western Ave, Ste 400
    Seattle, WA 98121
Phone: <u>(877) 332-3543</u>                        Phone: <u>                    </u>
Last Four Digits of Acct #: <u>3803</u>            Last Four Digits of Acct. #: <u>3803</u>

Name and Address where transferee payments
should be sent (if different from above):
    SYNCHRONY BANK
    c/o Weinstein & Riley, PS
    PO Box 3978
    Seattle, WA 98124-3978
Phone: <u>877-332-3543</u>
Last Four Digits of Acct #: <u>3803</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Thomas Young, Supervisor</u>         Date: <u>December 28, 2018</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

       I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on December 28, 2018:

Trustee via E-Filing  
WAYNE GODARE  
c0urtmai1@portland13.com

Debtors' Counsel via E-Filing  
KYLE WAYNE SCHUMACHER  
kschumacher@sagarialaw.com

U.S. Trustee via E-Filing  
U.S. Trustee  
USTPRegion18.PL.ECF@usdoj.gov

/s/ Thomas Young, Supervisor  
Thomas Young, Supervisor