UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    ) Case No._____
                                         )
                                         ) Debtor's Certification Regarding
                                         ) Payment of Domestic Support Obligations
                                         ) In a Chapter 12/13 Case, and Statement
                                         ) Re 11 USC §522(q)(1) Applicability
Debtor(s)                                ) [**NOTE**: DO NOT FILE UNTIL Court Notifies You To Do So!]

The undersigned debtor(s) certify under penalty of perjury that:

1. (Check **ONE)**:

    a. Since the filing of this case I/we have not been required by judicial or administrative order or by statute to pay any domestic support obligations as defined in 11 USC §101, and that no such obligations were due as of the date of the filing of the petition.

    b. I/We have paid all domestic support obligations as defined in 11 USC §101 to the obligee that are or were due on or before the date of this certification (with the exception of any amounts due before the petition was filed to the extent that such amount was provided for in the Chapter 12 or 13 Plan, or not required to be paid under §1222(a) or §1322(a)).

    c. Debtor is not an individual.

2. There   IS   IS NOT (check **ONE**) a pending proceeding in which debtor(s) may be found guilty of a felony or liable for a debt of a kind described in 11 USC §522(q)(1).

_____  _____     _____  _____
Date       Signature of Debtor                        Date       Signature of Joint Debtor

If Point 1.b. above was marked, I certify that on _____ a copy of this document was served on the obligee (i.e., person to whom such payments were due), and on any agency collecting such payments for the obligee.

_____
Signature                                          OSB # (if attorney)

_____
Print or Type Signer's Name and Phone No.

_____
Signer's Address (if Attorney)

_____

525 (12/17/12)