```
                              United States Bankruptcy Court
                                   District of Oregon
In re:                                                              Case No. 15-35618-tmb
Matthew Eddie Carson                                                Chapter 13
       Debtor              CERTIFICATE OF NOTICE
District/off: 0979-3           User: admin                  Page 1 of 1                  Date Rcvd: Mar 02, 2020
                               Form ID: NRD                 Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db             +Matthew Eddie Carson,    12250 SW Indian Hill Lane,    Beaverton, OR 97008-7023
101119538      +Ars,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
101150485      +Asset Systems Inc.,    PO Box 14550,    Portland, OR. 97293-0550
101119539      +Columbia Collection Service Inc,    Randall Welch, Registered Agent,    10888 SE Main St. Ste 200,
                 Milwaukie, OR 97222-7697
101119541      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
101119544      +Multnomah County Circuit Court,    Case no. 120019259S,    1021 SW 4th Ave.,
                 Portland, OR 97204-1113
101119545      +Reliable Credit Association Inc,    Lee M Holzman, President,    10690 SE MCLOUGHLIN BLVD,
                 Portland, OR 97222-7410
101120477      +Reliable Credit Associatoin,    PO Box 22829,    Milwaukie, OR 97269-2829
101119547      +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
101139910      +United Finance Co,    515 E Burnside St,    Portland OR 97214-1183
101119548      +United Finance Company,    Richard H Parker III, President,    515 E Burnside St,
                 Portland, OR 97214-1109
101119549      +Vally Credit,    Pob 2046,    Salem, OR 97308-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: pa_dc_ed@navient.com Mar 03 2020 03:06:01      Navient Solutions, LLC. on behalf of Department of,    PO Box 9635,
                 Wilkes-Barre, PA 18773-9635,    UNITED STATES OF AMERICA 18773-9635
101194559      +E-mail/Text: g20956@att.com Mar 03 2020 03:19:45      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ 07921-2693
101119540      +E-mail/Text: shawnan@columbiadebtrecovery.com Mar 03 2020 03:19:35      Columbia Recovery Group,
                 1215 120th Ave Ne Ste 101,    Bellevue, WA 98005-2135
101159765      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 03:19:07      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
101119542      +E-mail/PDF: pa_dc_ed@navient.com Mar 03 2020 03:07:24      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
101119543      +E-mail/Text: banko@fidelitycollectionsvc.com Mar 03 2020 03:19:19      Fidelity Coll Svc-or,
                 327 E Main St,    Hillsboro, OR 97123-4022
101185662       E-mail/PDF: pa_dc_claims@navient.com Mar 03 2020 03:06:00      Navient Solutions, Inc.,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
101127364       E-mail/Text: bankruptcy.revenue@oregon.gov Mar 03 2020 03:18:25      ODR Bkcy,
                 955 Center St NE,    Salem OR 97301-2555
101818829      +E-mail/Text: bncmail@w-legal.com Mar 03 2020 03:19:27      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
101119546      +E-mail/PDF: pa_dc_claims@navient.com Mar 03 2020 03:06:00      Slm Financial Corp,
                 11100 Usa Pkwy,    Fishers, IN 46037-9203
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Synchrony Bank
101165071*     +Asset Systems Inc.,    PO Box 14550,    Portland, OR. 97293-0550
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 2, 2020

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Matthew Eddie Carson**
Debtor(s)

Case No. **15–35618–tmb13**

**Notice re: Completion of Plan Payments; Debtor Requirements(s) for Entry of Discharge; Intent to Possibly Close Case Without Entry of Discharge; and 11 USC § 522(q)(1) Motion Deadline**

The trustee has notified the court that the plan payments in this Chapter 12/13 case have been completed, now, therefore,

**NOTICE IS GIVEN THAT** the debtor(s) must completely fill out, sign, and file Local Bankruptcy Form (LBF) 525, Individual Debtor's Certification Regarding Payment of Domestic Support Obligations in a Chapter 12/13 Case, and Statement Re 11 USC § 522(q)(1) Applicability, within 21 days of the FILED date above, or else this case may be closed, upon completion of all case administration, without entry of a discharge order or further notice.

**NOTICE IS FURTHER GIVEN THAT** any interested party wishing to file a motion for the court to not enter a discharge because there is a pending proceeding for which the debtor(s) may be found guilty of a felony or liable for a debt of a kind described in 11 USC § 522(q)(1) must, within 21 days of the FILED date above, file a written motion with a certificate of service on the debtor(s), any trustee, U.S. Trustee, and their attorneys

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204